IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK MCINTOSH,

   Plaintiff,

  v.

GWINNETT COUNTY GA
SHERIFF'S DEPARTMENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-470-TWT

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Plaintiff's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 14 day of July, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\McIntosh\17cv470\r&r.wpd